UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Peter A Paulsen  
    Kelly L Paulsen  
        Debtor(s)

Case No. 11 B 21404

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/20/2011.

2) The plan was confirmed on 08/15/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Dismissed on 09/18/2013.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,127.70 |
| Less amount refunded to debtor | $567.60 |
| **NET RECEIPTS:** | **$16,560.10** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,311.42 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $735.91 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,047.33** |

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A Plus Title Loans Inc | Secured | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 118.45 |
| AAA Checkmate LLC | Unsecured | 2,501.00 | 3,229.76 | 3,229.76 | 261.90 | 0.00 |
| ACC International | Unsecured | 154.29 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 334.00 | 435.64 | 435.64 | 32.31 | 0.00 |
| Accounts Receivable Management | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| Advance Radiology Consultants | Unsecured | 21.30 | NA | NA | 0.00 | 0.00 |
| Advocate Lutheran General Health Partner | Unsecured | 718.38 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| All Credit Lenders | Unsecured | NA | 4,177.23 | 4,177.23 | 338.73 | 0.00 |
| All Credit Lenders | Unsecured | NA | 3,750.00 | 3,750.00 | 0.00 | 0.00 |
| American Collections & Credit | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 7,819.50 | NA | NA | 0.00 | 0.00 |
| Best Practices Inpatient Care | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Brother Loan & Finance | Unsecured | 2,600.00 | 3,386.94 | 3,386.94 | 274.65 | 0.00 |
| CACH LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 1,222.00 | NA | NA | 0.00 | 0.00 |
| Chaet Kaplan Firm | Unsecured | 3,750.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 1,000.00 | 1,152.87 | 1,152.87 | 0.00 | 0.00 |
| Cook County Dept Of Revenue | Priority | 132.00 | 177.97 | 177.97 | 177.97 | 0.00 |
| Direct TV | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| First Revenue Assurance | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| Gary Smiley | Unsecured | 1,667.31 | NA | NA | 0.00 | 0.00 |
| GEHA | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| Hawthorn Place Surgical Center | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,500.00 | 6,841.77 | 6,841.77 | 2,868.04 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 986.09 | 986.09 | 79.96 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 2,900.00 | 5,081.25 | 5,081.25 | 412.03 | 0.00 |
| Mages & Price | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Medical Recovery Specialists | Unsecured | 363.43 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 919.00 | 1,007.17 | 1,007.17 | 81.74 | 0.00 |
| Mutual Management Services | Unsecured | 1,908.00 | NA | NA | 0.00 | 0.00 |
| Mutual Management Services | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 3,972.00 | 4,641.65 | 4,641.65 | 376.38 | 0.00 |
| Niles Dental Center | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Dental Group | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| Nunzios | Unsecured | NA | 131.61 | 131.61 | 5.71 | 0.00 |
| Oak Mill Pediatrics SC | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| Orkin Exterminating Co | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 503.40 | 461.89 | 461.89 | 34.26 | 0.00 |
| Real Time Resolutions | Unsecured | 30,305.00 | 42,503.35 | 42,503.35 | 3,446.54 | 0.00 |
| Resurrection Medical | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Rock River Water Reclaimation | Unsecured | 103.00 | 103.30 | 103.30 | 5.54 | 0.00 |
| Rockford Anesthesiologist | Unsecured | NA | 270.00 | 270.00 | 20.03 | 0.00 |
| Rockford Mercantile Agency | Unsecured | 10,118.00 | 9,990.86 | 9,990.86 | 810.14 | 0.00 |
| Santander Consumer USA | Secured | 419.00 | 419.00 | 419.00 | 419.00 | 18.53 |
| SIR Finance Corporation | Unsecured | 1,825.00 | 2,144.00 | 2,144.00 | 173.85 | 0.00 |
| State Collection Service | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| Suburban Ear, Nose & Throat | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Take Care Health | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Therese Trenhaille MD | Unsecured | 688.00 | 287.30 | 287.30 | 21.31 | 0.00 |
| Transworld Systems Inc | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| UIC Clinics | Unsecured | 185.00 | 185.10 | 185.10 | 11.19 | 0.00 |
| United Credit Recovery | Unsecured | 1.00 | 330.43 | 330.43 | 24.51 | 0.00 |
| UroPartners | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| Village of Niles | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,919.00 | $2,919.00 | $136.98 |
| **TOTAL SECURED:** | **$2,919.00** | **$2,919.00** | **$136.98** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,019.74 | $3,046.01 | $0.00 |
| **TOTAL PRIORITY:** | **$7,019.74** | **$3,046.01** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$84,256.44** | **$6,410.78** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,047.33 |
| Disbursements to Creditors | $12,512.77 |
| **TOTAL DISBURSEMENTS** : | **$16,560.10** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/19/2013         By: /s/ Marilyn O. Marshall
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**